1

2

3

4

5    UNITED STATES DISTRICT COURT

6    NORTHERN DISTRICT OF CALIFORNIA

7

8

9    M.O.R.E., LLC, et al.,

10           Plaintiffs,                        No. C 12-3609 PJH

11       v.                                     **ORDER RE CHAMBERS COPY**

12   UNITED STATES OF AMERICA,

13           Defendant.
     _____/

14

15           PLEASE TAKE NOTICE that the chambers copy of Charles Parker in support of

16   defendant United States of America's motion to dismiss and strike was submitted in a

17   format that is not usable by the court.

18           The chambers copy is not usable because it

19       ☐    consists of a stack of loose paper wrapped with a rubber band;

20       ☐    consists of a stack of loose paper fastened with a binder clip or a paper clip;

21       ☐    is too thick to permit secure fastening with a staple, and is fastened with a

22            brad-type fastener that is too short for the thickness of the document;

23       ☒    has no tabs for the voluminous exhibits;

24       ☐    includes exhibits that are illegible;

25       ☐    includes exhibits that are unreadable because the print is too small;

26       ☐    includes text and/or footnotes in a font smaller than 12 point;

27       ☐    includes portions or exhibits that are redacted because the submitting party

28            has requested leave to file those portions under seal; or

*United States District Court*
For the Northern District of California

1     □        is not usable for another reason –

2

3         The paper used for the above-described chambers copy has been recycled by the

4 court. No later than October 11, 2012, defendant shall submit a chambers copy in a format

5 that is usable by the court.

6

7 **IT IS SO ORDERED.**

8 Dated: October 9, 2012

9                            PHYLLIS J. HAMILTON
                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

2