UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.O.R.E., LLC, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

No. C 12-3609 PJH

**ORDER RE CHAMBERS COPY**

    PLEASE TAKE NOTICE that the chambers copy of Charles Parker in support of defendant United States of America's motion to dismiss and strike was submitted in a format that is not usable by the court.

    The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

1 ☐ is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court.  No later than October 11, 2012, defendant shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: October 9, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge