# UNITED STATES DISTRICT COURT

Northern District of California

MORE Partners LLC et al

Plaintiff(s),

v.

USA

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C12-03609

Notice is hereby given that, subject to approval by the court, **Plaintiffs** substitutes **Randall B Schmidt**, State Bar No. **191056** as counsel of record in place of Nikhil Bhatnagar Esq. SBN 275569.

Contact information for new counsel is as follows:

Firm Name: Law offices of Randall B. Schmidt
Address: 555 California St. Suite 4925 San Francisco CA 9410[?]
Telephone: 415-659-1524    Facsimile: 415-659-1525
E-Mail (Optional): randalls@yahoo.com

I consent to the above substitution.
Date: 3/27/13
(Signature of Party)  Harvey G. Ottovich

I consent to being substituted.
Date: 2/20/2013
(Signature of Former Attorney)

I consent to the above substitution.
Date: 3/17/13
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 29, 2013

APPROVED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]