UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.O.R.E., LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 12-cv-03609-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

On the Court's own motion, and good cause appearing, and for the reasons stated in the parties' most recent Joint Case Management Statement, ECF No. 64, the Case Management Conference currently scheduled for July 23, 2014 is CONTINUED to Wednesday, December 3, 2014 at 2:00 p.m. The parties must file a Joint Case Management Statement at least ten days before the conference.

At the same date and time, Plaintiff Mark Ottovich is ORDERED TO SHOW CAUSE why his complaint should not be stricken pursuant to Civil Local Rule 3-11, which provides as follows:

**3-11. Failure to Notify of Address Change**

(a) Duty to Notify. An attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.

(b) Dismissal Due to Failure. The Court may, without prejudice, dismiss a complaint or strike an answer when:

    (1) Mail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and

(2) The Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address.

The Court notes that its most recent communication to Mr. Ottovich was returned as undeliverable. ECF No. 63.

If Plaintiff Mark Ottovich files a Notice of Change of Address within 30 days of the filing of this Order, the Order to Show Cause will be vacated.

**IT IS SO ORDERED.**

Dated: July 17, 2014

_____
JON S. TIGAR
United States District Judge