UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.O.R.E., LLC, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No.  12-cv-03609-JST<br><br>**ORDER TO SHOW CAUSE** |

On July 17, 2014, this Court issued an Order to Show Cause ("OSC") to Plaintiff Mark Ottovich for failure to comply with Civil Local Rule 3-11, which requires any lawyer or *pro se* party appearing before the Court to notify it promptly of a change of address. ECF No. 65.  The Court noted in its order that mail to Ottovich had been returned as undeliverable.  Id.  The Court set the OSC for hearing on December 3, 2014 at 2:00 p.m., but provided that the OSC would be vacated if Ottovich filed a Notice of Change of Address by August 16, 2014.  Id.  The Court set a Case Management Conference to occur at the same time as the hearing on the OSC.

Ottovich did not respond to the Order to Show Cause, and he did not file a Notice of Change of Address, but he did file an untimely Case Management Statement on December 1, 2014 containing his new address.  He did not appear at the hearing on December 3, 2014.

Accordingly, good cause appearing, the Court now orders as follows:

1.     The OSC issued July 17, 2014 is VACATED.  The clerk will enter Ottovich's address as listed on his December 1, 2014 Case Management Statement on the docket.

2.     Plaintiff Mark Ottovich is ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions against him for his failure to appear at the Case Management Conference held December 1, 2014.  A written response to this Order must be filed by January 9,

1  2014.  A hearing will be conducted on this Order to Show cause on January 28, 2015 at 2:00 p.m.,

2  simultaneously with the next Case Management Conference.

3  **IT IS SO ORDERED.**

4  Dated:  December 9, 2014



JON S. TIGAR
United States District Judge