UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.O.R.E., LLC, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 12-cv-03609-JST

**ORDER CONTINUING HEARING ON MOTION TO DISMISS**

Re: ECF Nos. 84, 87

On March 18, 2015, the parties to this case filed a joint case management statement in which they asked the Court to refer this case to a Magistrate Judge for settlement. ECF No. 83. On March 23, 2015, Defendant filed a motion to dismiss the case, and set a hearing on the motion for April 29, 2015. ECF No. 84.

In light of the Court's order granting the parties' request to have the case referred for settlement, ECF No. 87, the Court hereby continues the hearing on Defendant's motion to dismiss to Wednesday, July 8, 2015, to be held concurrently with the case management conference set for that date.

IT IS SO ORDERED.

Dated: March 24, 2015

                                                JON S. TIGAR
                                       United States District Judge